```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
    UNITED STATES OF AMERICA,      :
         :
        -against-      :     16-CR-82 (VEC)
         :
    CHRISTOPHER WHITE,      :     ORDER
         :
                    Defendant.      :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 25, 2020, Christopher White filed a Motion for Compassionate Release, Dkt. 256;

IT IS HEREBY ORDERED that the Government is to respond and file the last two years of Mr. White's prison medical records as well as his prison disciplinary and education records by no later than **Friday, October 23, 2020**. The medical records must be filed under seal; the other records must be filed on ECF. Mr. White reply is due no later than **Friday, November 6, 2020**.

**SO ORDERED.**

Date: **September 28, 2020**
      New York, New York

                                                **VALERIE CAPRONI**
                                                **United States District Judge**