USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA,    :
                                                          :
            -against-                      :          16-CR-82 (VEC)
                                                          :
CHRISTOPHER WHITE,               :          ORDER
                                                          :
                         Defendant.      :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 25, 2020, Mr. White, acting through counsel, filed a Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c), Dkt. 256;

WHEREAS on October 23, 2020, the Government opposed Defendant's Motion, Dkt. 266;

WHEREAS on November 12, 2020, the Court denied Mr. White's Motion, Dkt. 268;

WHEREAS in the Court's Opinion, the Court recognized that Mr. White may face enhanced risk to COVID-19 at the Bronx Community Residential Reentry Center (Geo Care, Inc. RRC) and that the Court would be willing to reconsider a request for compassionate release after he has completed his incarceration at FCI Berlin, to substitute home confinement for his otherwise anticipated stay at the RRC, Dkt. 268 at 3–4;

WHEREAS on January 5, 2021, Mr. White filed a motion for reconsideration, requesting that he be released to home confinement as a substitute for his upcoming stay at the RRC, Dkt. 276; and

WHEREAS in his Motion, Mr. White represented that he has been placed in quarantine at FCI Berlin pending transfer to the RRC on January 26, 2021, Dkt. 276;

IT IS HEREBY ORDERED that the Government is to respond to Mr. White's Motion and to confirm that Mr. White is set to be transferred to the RRC on January 26, 2021, by no later than **Wednesday, January 13, 2021**. Mr. White's reply is due no later than **Wednesday, January 20, 2021**.

IT IS FURTHER ORDERED that Mr. White must provide the Probation Office with information regarding his proposed housing if the Court were to grant his motion and the Probation Office must provide the Court with its evaluation of the plan by **Friday, January 15, 2021**.

**SO ORDERED.**

Date: January 6, 2021
New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**